UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In the Matter of the Arbitration Between:

PRL USA HOLDINGS, INC. and THE
POLO/LAUREN COMPANY, L.P.,

          Petitioners,

          v.

UNITED STATES POLO
ASSOCIATION, UNITED STATES
POLO ASSOCIATION PROPERTIES,
INC., GLOBAL LICENSING SVERIGE,
and ATLAS DESIGN AB,

          Respondents.

ECF Case

04 Civ. 8929 (GBD)

**ORDER AND JUDGMENT
UPON CONSENT**

      WHEREAS, this cause came to be heard on the Petition dated November

10, 2004, of the Petitioners PRL USA Holdings, Inc. and The Polo/Lauren Company,

L.P. ("Polo Ralph Lauren"), for an Order, pursuant to 9 U.S.C. § 9 of the Federal

Arbitration Act, confirming the arbitration award of November 1, 2004 (the "Final

Award"), a copy of which is attached hereto, entered against Respondents United States

Polo Association, Inc., United States Polo Association Properties, Inc. (together, with the

United States Polo Association, Inc., "USPA"), Global Licensing Sverige ("Global") and

Atlas Design AB ("Atlas") (collectively, the "USPA Parties"); and

      WHEREAS, the parties having agreed upon the entry of an Order and

Judgment confirming the attached Final Award, and this Court having considered the

Petition and all other papers submitted in support of the Petition,

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Final

Award attached hereto is Confirmed; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the

Clerk is directed to enter Judgment accordingly.

Dated: New York, New York
      December ___, 2004

JAN 14 2005

ENTER,

*George B. Daniel*
    U.S.D.J.    **HON. GEORGE B. DANIELS**

Judgment signed this ___ day of December, 2004

_____
    Clerk, S.D.N.Y.

Consent to the foregoing Order and Judgment is hereby acknowledged:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
    Leslie Gordon Fagen (LF-1285)
    Andrew G. Gordon (AG-9239)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3313

Attorneys for Petitioners

2